**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

AMERICA 2030 CAPITAL LIMITED ,
                    Plaintiff(s),

vs.

CHENGYU FANG,
                    Defendant(s).

CIVIL ACTION FILE

 NO.  1:18-cv-05624-SDG

## <u>DEFAULT  JUDGMENT</u>

 The defendant(s) Chengyu Fang, having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Steven D. Grimberg, United States District Judge, by order of August 11, 2020, having directed that judgment issue in favor of plaintiff and against the defendant(s), it is hereby

 ORDERED AND ADJUDGED, that the plaintiff America 2030 Capital Limited , recover from the defendant Chengyu Fang, the amount of $1,100,000.00.

 Dated at Atlanta, Georgia this 11th day of August, 2020.

JAMES N. HATTEN
CLERK OF COURT

By: <u>s/Barbara D. Boyle</u>
  Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
August 11, 2020
James N. Hatten
Clerk of Court

By: <u>B. D, Boyle</u>
  Deputy Clerk